# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

141187

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

_____

In re ALEX JOEL GARCIA.

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellee,

v

                              SC: 141187
                              COA: 287275
                              Wayne Juvenile Court:
                              01-404473-DL

ALEX JOEL GARCIA,
      Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

s1018

_____
Clerk